IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02092-BNB

CHRISTOPHER JAMES GREY,
Plaintiff,

v.

MIKE COFFMAN, Colorado Secretary of State,
Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2008

GREGORY C. LANGHAM
CLERK

## ORDER DISMISSING CASE

Plaintiff Christopher James Grey is a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility at Crowley, Colorado. Mr. Grey initiated this action by filing *pro se* a letter to the Court, a "Petition for Order to Perform" and a motion seeking leave to proceed *in forma pauperis*. In an order filed on September 29, 2008, Magistrate Judge Boyd N. Boland directed Mr. Grey to cure certain deficiencies if he wished to pursue his claims in this action. On October 14, 2008, Mr. Grey filed another letter to the Court stating that he is withdrawing his motion and asking that the case be dismissed without prejudice so that he can pursue another remedy.

The Court must construe the letter filed on October 14 liberally because Mr. Grey is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the letter filed on October 14 as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the letter to the Court filed on October 14, 2008, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). It is

FURTHER ORDERED that the voluntary dismissal is effective as of October 14, 2008, the date the letter to the Court requesting dismissal was filed in this action.

DATED at Denver, Colorado, this 21 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02092-BNB

Christopher J. Grey
Prisoner No. 109069
Arkansas Valley Corr. Facility
PO Box 1000 - Unit 4
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/22/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk